```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | : | CIVIL ACTION |
| | : | NO. 12-3200 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER ANDREWS, et al., | : | |
| | : | |
| Defendants. | : | |

### **O R D E R**

**AND NOW**, this **1st** day of **April, 2013,** following a telephone conference with the parties, it is hereby **ORDERED** that:

(1) Defendants Mayor Michael Nutter and Police Commissioner Ramsey's Motion to Dismiss (ECF No. 14) is **GRANTED,** with leave for Plaintiff to file an amended pleading by **April 22, 2013.**

(2) Plaintiff's Motion Requesting Leave to Amend his Complaint (ECF Nos. 12, 18) is **DENIED** without prejudice. Plaintiff is granted leave to file an amended motion by **April 22, 2013.**[1]

---

[1] If no amended motion requesting leave to amend the complaint and/or amended complaint is filed, the Court will hold a status and scheduling conference to develop a discovery plan. If Plaintiff files an amended motion requesting leave to amend the complaint and/or amended complaint, the Court will then delay entering a scheduling order until the matter is adjudicated.

(3) Plaintiff's Proposal for Amicable Settlement (ECF No. 17), which the Court construes as a motion, is **DENIED**, as Defendants have voluntarily agreed to respond to Plaintiff's request.

(4) Plaintiff's First Request for the Production of Documents (ECF No. 19) is **DENIED**.

    **AND IT IS SO ORDERED.**

                      **/s/ Eduardo C. Robreno**
                        **EDUARDO C. ROBRENO,     J.**