IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WHEELER ZAMICHIELI V. ANDREWS, ET AL.

Civil Action No. 12-CV-3200

FILED
JUN 0 6 2013
MICHAEL _ KUNZ, Clerk
By_____ Dep. Clerk

**DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT**

Pursuant to the provisions of 28 U.S.C. §292(b), and after satisfying myself that it is in the public interest to do so, I do hereby designate and assign the Honorable Gregory M. Sleet of the District of Delaware for such a period as is necessary for the disposition of the above-entitled matter.

/s/ Theodore A. McKee
Theodore A. McKee, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: June 5, 2013