THE PHILADELPHIA TRIBUNE Tuesday, November 19, 2013 • Page 5-A

EXHIBIT B

# Internal investigation of suspect cop continues

Larry Miller
Tribune Staff Writer

[illegible]

CRIME LOG

[illegible]

Ronald Dove

[illegible]