*Please file via "ECF"*

*w.z*

WHEELER ZAMICHIELI

NO. 67271-066

FDC PHILA

P.O. BOX 562

PHILA, PA. 19105

UNITED STATES DISTRICT COURT

HONORABLE GREGORY M. SLEET

U.S. COURTHOUSE

601 MARKET STREET

PHILA, PA. 19106

JUNE 9, 2014

RE: ZAMICHIELI VS. ANDREWS, ET AL.,
CIVIL ACTION NO. 12-cv-3200-gms

**RECEIVED**
JUN 1 1 2014

JUDGE SLEET,

    On February 23, 2014, Plaintiff filed with the Court his Second Request For Production Of Documents And Interrogatories Directed To Defendant City Of Philadelphia. Defendant's attorney, Mavroudis has failed to respond to Plaintiff's request, in accordance to Federal Rules of Civil Procedure Rule 26 and 34. Almost 4 months has passed, without any answers from Defendant. Plaintiff "REQUEST HIS HONOR" to compel Municipal Defendant to comply to Rules 26 and 34. Thank You!

cc: File
cc: Dimitrios Mavroudis,
    Assistant City Solicitor

Respectfully,

*Wheeler Zamichieli*

*Please file via ECF*

w.z.

WHEELER ZAMICHIELI
NO. 67271-066
FDC PHILA
P.O. BOX 562
PHILA, PA. 19105

UNITED STATES DISTRICT COURT
HONORABLE GREGORY M. SLEET
U.S. COURTHOUSE
601 MARKET STREET
PHILA, PA. 19106

JUNE 9, 2014

RE: ZAMICHIELI VS. ANDREWS, ET AL.,
CIVIL ACTION NO. 12-cv-3200-gms

JUDGE SLEET,

This letter is to advise the Court that, an Administrative Tort Complaint was sent to the U.S. Dept., of Justice, Eric Holder via Certified Mail No. 7002 2410 0000 6690 8863, on 11/7/13, in relation to the above captioned matter. The Dept., of JUstice received said complaint on 11/14/13, which is verified by the Certified Mail Card time/date stamped. Following receipt of the Certified Mail Card, a copy of the Administrative Complaint, and Certified Mail Card was sent to AUSA Margaret L. Hutchinson, Chief of Civil Division. AUSA Charlene Keller Fullmer can investigate the Plaintiff's claim, as well as the Dept., of Justice non-response to the Administratice claim. Plaintiff declares under the penalty of perjury, 18 U.S.C. § 1746, that Administrative Remedies have been exhausted.

Respectfully,

Wheeler Zamichieli

cc: File