IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHEELER ZAMICHIELI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 12-cv-3200-GMS |
| WILLIAM ANDREWS, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 16th day of June, 2014, for the reasons set forth in the Memorandum issued this date;

IT IS HEREBY ORDERED that:

1. The plaintiff's motion for the court to direct the U.S. Marshals to locate Defendant Ronald Dove's place of abode and give service, as well as provide copy of proof of service to plaintiff (D.I. 63) is **denied** as moot.

2. The plaintiff's motion for the court to direct the warden of FDC-Philadelphia to make available a link for plaintiff to use the electronic filing system (D.I. 64) is **denied**.

3. The plaintiff's application for prejudgment remedies against Defendant Ronald Dove (D.I. 65) is **denied**.

4. The plaintiff's motion for the Clerk of Court to forward plaintiff's application for prejudgment remedies and affidavit of debt to Ronald Dove (D.I. 68) is **denied** as moot.

5. The plaintiff's motion for enlargement of time to serve Ronald Dove (D.I. 73) is **denied** as moot.

6. The plaintiff's motion to file supplemental pleading (D.I. 75) is **denied**.

_____
CHIEF UNITED STATES DISTRICT JUDGE