IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-cv-3200-GMS |
| | ) | |
| WILLIAM ANDREWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM

1. **Introduction.** The plaintiff, Wheeler Zamichieli ("the plaintiff"), a *pro se* litigant who is presently incarcerated at the Federal Detention Center in Philadelphia, Pennsylvania, filed this civil rights action in 2012. Currently pending are numerous motions filed by the parties. (D.I. 86, 87, 91,92, 93, 96.)

2. **Applications for entry of default (D.I. 87, 96).** The court will deny as moot the plaintiff's request for entry of default. The defendant Ronald Dove ("Dove") appeared and answered the third amended complaint on June 18, 2014. (*See* D.I. 88.)

3. **Motions to extend time to file replies (D.I. 86, 91).** The court will deny as moot the federal defendants' motion for leave to file a reply to plaintiff's motion to file a supplement. (D.I. 86.) The court ruled on the motion on June 18, 2014, found at D.I. 90. The court will grant the federal defendants' motion for leave to file a reply brief in support of their motion to dismiss, attached as Exhibit A to the motion. The plaintiff opposes the motion. (D.I. 95.) The Clerk of Court will be directed to file the reply brief instanter.

4. **Motion to file supplemental pleading (D.I. 92) and motion to file a fourth amended complaint (D.I. 93).** The court will deny the plaintiff's motions. Both motions were

filed without a proposed fourth amended complaint. The court previously advised the plaintiff that it will not consider motions to amend without a proposed pleading, as amended, that indicates in what respect it differs from the pleading which it amends, by bracketing or striking through materials to be deleted and underlining materials to be added. (*See* June 18, 2014 memorandum and order at D.I. 89, 90.)

                                                                                        [signature]

                                                                       UNITED STATES DISTRICT JUDGE

_August 4_, 2014
Wilmington, Delaware