IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHEELER ZAMICHIELI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 12-cv-3200-GMS |
| WILLIAM ANDREWS, et al., | ) ) ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 4th day of August, 2014, for the reasons set forth in the Memorandum issued this date;

IT IS HEREBY ORDERED that:

1. The federal defendants' motion for leave to file a reply to plaintiff's motion to file a supplement (D.I. 86) is **denied** as moot.

2. The plaintiff's requests for entry of default (D.I. 87, 96) as to the defendant Ronald Dove are **denied**.

3. The federal defendants' motion to extend time to file a reply (D.I. 91) is **granted.** The Clerk of Court is directed to file instanter, the reply brief found at Exhibit A attached to the motion.

4. The plaintiff's motions to file supplemental pleading (D.I. 92) and to file a fourth amended complaint (D.I. 93) are **denied**.

UNITED STATES DISTRICT JUDGE