IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-cv-3200-GMS |
| | ) | |
| WILLIAM ANDREWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 17th day of March, 2015, consistent with the memorandum issued this same date;

FILED
MAR 17 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

IT IS ORDERED that:

1. The federal defendants' motion to dismiss (D.I. 78) is **granted**.

2. The plaintiff's motion requesting information (D.I. 100) is **denied**.

_____
UNITED STATES DISTRICT JUDGE