IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WHEELER ZAMICHIELI,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | **Civil Action** |
| | : | **No. 12-3200** |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

TO THE CLERK OF THE COURT:

    Kindly enter the appearance of Brock J. Atkins as counsel for the Defendants, City of Philadelphia, Police Officer William Andrews, and Police Officer Melvin Victor, Detective Ronald Dove, in the above entitled matter.

                                                              Respectfully Submitted,

Date:  June 17, 2015                                       /s/ Brock J. Atkins
                                                              Brock J. Atkins
                                                              Deputy City Solicitor
                                                              Pa. Attorney ID No. 207578
                                                             City of Philadelphia Law Department
                                                             1515 Arch Street, 14th Floor
                                                             Philadelphia, PA 19107
                                                             (215) 683-5446