**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **WHEELER ZAMICHIELI,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Civil Action** |
| | : | **No. 12-3200** |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

**WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF COURT:**

Kindly withdraw my appearance as co-counsel for defendants, **City of Philadelphia, Police Officer William Andrews, Police Officer Melvin Victor, and Detective Ronald Dove,** in the above-referenced matter.

Respectfully Submitted,

Date: June 23, 2015

      /s/ Dimitrios Mavroudis
Dimitrios Mavroudis, Esquire
Deputy City Solicitor
Pa. Attorney ID No. 93773
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5444
dimitrios.mavroudis@phila.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WHEELER ZAMICHIELI,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **Civil Action** |
| | : | **No. 12-3200** |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the date referenced below, the foregoing **Withdrawal of Appearance** has been filed on ECF and is available for viewing and downloading.

Date: <u>June 23, 2015</u>

    <u>/s/ Dimitrios Mavroudis</u>
Dimitrios Mavroudis, Esquire
Deputy City Solicitor
Pa. Attorney ID No. 93773
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5444
dimitrios.mavroudis@phila.gov