IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHEELER ZAMICHIELI, | |
| Plaintiff | |
| v. | Civil Action No. 12-3200 |
| CITY OF PHILADELPHIA, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 26th day of Oct, 2015, upon consideration of Plaintiff's Motion for an Order compelling discovery responses, and Defendants response hereto, it is hereby ORDERED that said motion is DENIED and Municipal Defendants are given 30 days to respond to the outstanding discovery requests.

BY THE COURT:

_____
J.