IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI | : | CIVIL ACTION |
| Plaintiff, | : | |
| VS. | : | CASE NO. 12-3200 |
| | : | DELAWARE DESIGNATION FOR SERVICE, JUDGE GREGORY M. SLEET |
| CITY OF PHILADELPHIA, ET AL. | : | |
| Defendants, | : | |

PLAINTIFF'S MOTION TO COMPEL SECOND REQUEST
INTERROGATORIES AND PRODUCTION OF DOCUMENTS
DIRECTED TO DEFENDANT CITY OF PHILADELPHIA

Plaintiff, Wheeler Zamichieli, comes on this 1st day of November, 2015, respectfully asking this Honorable Court for an order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, compelling **Defendant City of Philadelphia**, to answer fully interrogatories **1-25** pursuant to Fed.R.Civ.P.33, and produce documents **1-27** pursuant to Fed.R.Civ.P.34. In support thereof, Plaintiff avers the following:

I.  BACKGROUND

On February 25, 2014, Plaintiff filed his Second Request For Production Of Documents And Interrogatroties Directed To Defendant City of Philadelphia.

(1)

On June 18, 2014, approximately 3½ months from Plaintiff's filing, Defendant City of Philadelphia filed Answers and Objections to Plaintiff's Second Request for Production of Documents and Interrogatories, refusing to produce documents, answer interrogatories, or respond.

II. ARGUMENT

Pursuant to the Federal Rule of Civil Procedure Rule 37, "if a party fails to make disclosure required by Rule 26(a), any other party may move for order to compel disclosure and for appropriate sanctions." See Fed.R.Civ.P.37(a)(3)(A).

Additionally, "a party may move for an order compelling an answer, designation, production, or inspection of an interrgatory or documents," pursuant to Fed.R.Civ.P. 37(a)(3)(B)(iii), and (iv).

Moreover, "an evasive or incomplete disclosure, answer, or response must be treated as a failure to disclosue, answer, or respond." See Fed.R.Civ.P.37(a)(4)(a).

Plaintiff argues that, the City of Philadelphia refuses to respond to **interrogatories Numbers 1-25, and production of documents 1-27** fully and complete.

Furthermore, the City of Philadelphia non-disclosure, responce, or objections was not substantially justified, and so, the Plaintiff not only ask this Court to Compel, but also for an order pursuant to Rule 37(a)(4) requiring the aforesaid Defendant to pay Plaintiff the sum of $500.00 as a reasonable expenses in obtaining this order.

(2)

III. CONCLUSION

Plaintiff argues that, "Good Cause" exist for the Court tyo grant this motion, as it is noted by Plaintiff, [this civil action as been pending before the Court for over 3½ years, and the Civil Defendants' haven't answered interrogatories, nor produce reasonable disclosure of documents for Plaintiff's inspection].

WHEREFORE, Plaintiff respectfully asked this Honorable Court to grant this motion.

DATE: NOVEMBER 1, 2015                         RESPECTFULLY SUBMITTED,

                                                                                                      WHEELER ZAMICHIELI

(3)

## CERTIFICATE OF SERVICE

I hereby certify that, a true and correct copy of the following: Plaintiff's Motion To Compel Second Request For Interrogatories And Production Of Documents Directed To Defendant City of Philadelphia; and Plaintiff's Motion To Order Municipal Defendants' To Comply With Its Obligation To Give Service To Plaintiff Under Civ.R.5, And That Service Be Made By U.S. Certified Mail To Ensure Receipt, has bben served upon the person below, by U.S. Mail, and by U.S. Clerk Of Court via Electronic Case Filing System "ECF."

ASSISTANT CITY SOLICITOR
BROCK ATKINS, ESQ.,
CIVIL RIGHTS LAW DEPT.,
1515 ARCH STREET
14TH FLOOR
PHILA, PA. 19102


DATE: NOVEMBER 1, 2015                    RESPECTFULLY SUBMITTED,

                                          *Wheeler Zamichieli*
                                          WHEELER ZAMICHIELI
                                          INST#67271-066
                                          FDC PHILADELPHIA
                                          P.O. BOX 562
                                          PHILA, PA. 19106

(6)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI | : | CIVIL ACTION |
| Plaintiff, | : | |
| VS. | : | CASE NO. 12-3200 |
| | : | GREGORY M. SLEET, J. |
| CITY OF PHILADELPHIA, ET AL. | : | DELAWARE DESIGNATION |
| Defendants, | : | FOR SERVICE |

ORDER

**RECEIVED**

NOV _ 4 2015

AND NOW, this          day of          , 2015, upon consideration of Plaintiff's Motion To Compel Second Request For Interrogatories And Production Of Documents Directed To Defendant City of Philadelphia, it is **HEREBY ORDERED** that the motion is **GRANTED**.

BY THE COURT:

_____

GREGORY M. SLEET, J.

```
WHEELER ZAMICHIELI
INST#67271-066
FEDERAL DETENTION CENTER
P.O. BOX 562
PHILA, PA. 19106
```

"Legal Mail"

```
           UNITED STATES DISTRICT COURT
           MICHAEL KUNZ, CLERK OF COURT
                21400 U.S. COURTHOUSE
                  601 MARKET STREET
                   PHILA, PA. 19106
```



```
WHEELER ZAMICHIELI
INST#67271-066
FEDERAL DETENTION CENTER
```