IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WHEELER ZAMICHIELI,                    )
                                       )
              Plaintiff,               )
                                       )
       v.                              )        Civil Action No. 12-cv-3200-GMS
                                       )
WILLIAM ANDREWS, et al.,               )
                                       )
              Defendants.              )

## ORDER

At Wilmington this 15th day of April, 2016, for the reasons set forth in the Memorandum Order issued this date;

IT IS HEREBY ORDERED that:

1.     The plaintiff's motion to compel second request to City of Philadelphia (D.I. 114) is **denied** without prejudice to renew.

2.     The plaintiff's motion to order the Municipal Defendants' Attorney to Comply with Fed. R. Civ. P. 5 (D.I. 115) for service by U.S. certified mail is **denied**.  Counsel is admonished to comply with Rule 5 and reminded that he must mail the plaintiff service copies of pleadings with an attached certified of service.  Service by CM/ECF to the plaintiff, an incarcerated individual is not adequate.

3.     The plaintiff's motion for summary judgment (D.I. 118) is **denied**.

4.     The plaintiff's motion for the court to partially rule on the plaintiff's motion for summary judgment and to stay all other summary judgment claims (D.I. 121) is **denied**

5.     The plaintiff's second motion to compel directed to City of Philadelphia (D.I. 123) is **denied** without prejudice to renew.

UNITED STATES DISTRICT JUDGE