IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-cv-3200-GMS |
| | ) | |
| WILLIAM ANDREWS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

At Wilmington this 5th day of July, 2016, for the reasons set forth in the Memorandum Order issued this date;

IT IS HEREBY ORDERED that:

1. The plaintiff's motion to alter or amend judgment construed as a motion for reconsideration is **denied**. (D.I. 128).

2. The plaintiff's motion for leave to file a fourth amended complaint is denied. (D.I. 130.)

3. **The plaintiff is placed on notice that motions filed while this case is on the civil suspense docket will be docketed as not pending, there will be no ruling, and the motions will not be considered by the court.**

_____
UNITED STATES DISTRICT JUDGE