IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHEELER ZAMICHIELI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 12-cv-3200-GMS |
| WILLIAM ANDREWS, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

At Wilmington this 12th day of Sept, 2016;

IT IS ORDERED that:

The plaintiff is appearing in this matter *pro se* and is unable to afford legal representation. (*See* D.I. 46.) The court has determined that it is appropriate to encourage legal representation for the plaintiff by an attorney in this case and that counsel for the plaintiff would facilitate the fair and expeditious resolution of this case. On April 29, 2016, the court entered an order for the Clerk of Court to attempt to appoint an attorney for the plaintiff from the prisoner civil rights panel but, to date, the Clerk of Court has been unsuccessful in its attempts to refer representation.

Therefore, the court **removes** this matter for representation (D.I. 129) from the prisoner civil rights panel.

IT IS FURTHER ORDERED that:

1. This matter was assigned to United States District Judge Gregory M. Sleet of the United States District Court for the District of Delaware on June 6, 2013. (*See* D.I. 27.) Due to the difficulties by the Clerk of Court of the United States District Court for the Eastern District of Pennsylvania in referring the matter for representation from its prisoner civil rights panel as

referenced above, the Clerk of Court of the United States District Court for the District of Delaware is **directed** to attempt to refer representation of Plaintiff to a member of the Federal Civil Panel of the United States District Court for the District of Delaware.

2. The United States District Court for the District of Delaware's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference, with the following amendment: Given the Court's decision to refer this for representation, a merits review is not an appropriate ground for declining representation.

3. The matter remains on the Civil Suspense docket pending the attempt to refer representation of the plaintiff to a member of the Federal Civil Panel United States District Court for the District of Delaware.

4. An attorney from the Federal Civil Panel of the United States District Court for the District of Delaware who accepts representation and appears in this case is not required to be admitted pro hac vice in the United States District Court for the Eastern District of Pennsylvania.

UNITED STATES DISTRICT JUDGE