IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | : | CIVIL ACTION |
| | : | NO. 12-03200 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER WILLIAM ANDREWS, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **24th** day of **June, 2020**, following an ex-parte telephone conference with Mr. Wheeler Zamichieli and Mr. Andrew L. Cole, Esq., it is hereby **ORDERED** as follows:

1) Mr. Zamichieli's Motion to remove Attorney Andrew L. Cole, and Appointment of Substitute Counsel (ECF No. 171) is **DENIED without prejudice.**

2) Mr. Cole's Motion to Withdraw as Plaintiff's Counsel (ECF No. 173) is **DENIED without prejudice.**

3) A notice of hearing on the pending motions to dismiss (ECF No. 162; ECF No. 169; ECF No. 170) shall issue.

**AND IT IS SO ORDERED.**

            /s/ Eduardo C. Robreno
            **EDUARDO C. ROBRENO, J.**

1