IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | NO: 12-3200 |
| POLICE OFFICER WILLIAM ANDREWS, et al | : | |

ORDER

**AND NOW**, on this **6th** day of **July, 2020**, it is hereby **ORDERED** that a Telephone Status and Scheduling Conference will be held on **Tuesday, July 21, 2020 at 2:00pm** before the Honorable Eduardo C. Robreno. Counsel shall call-in as follows:

888-684-8852

Access Code: 4218221 #

**IT IS SO ORDERED.**

s/Eduardo C. Robreno
EDUARDO C. ROBRENO, J.