IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | : | CIVIL ACTION |
| | : | NO. 12-cv-03200 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| POLICE OFFICER WILLIAM ANDREWS, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this **23rd** day of **July, 2020**, following a telephone conference with counsel for the parties, it is hereby **ORDERED** as follows:

1) The motions to dismiss (ECF No. 162; ECF No. 169; ECF No. 170) are **DENIED without prejudice**.

2) Defendants shall file an answer to the Fourth Amended Complaint (ECF No. 159) by **August 11, 2020**.

3) Following the filing of answers to the Fourth Amended Complaint, deposition of the Plaintiff shall be taken by **September 22, 2020**. No further discovery shall be required absent an order of the Court.

4) Any motions for summary judgment shall be filed by **November 22, 2020**, and shall include as an attachment a copy of the Plaintiff's deposition **transcript**. Responses to any motions for summary judgment shall be filed by **December 22, 2020**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**