IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WHEELER ZAMICHIELI, : | |
| : | |
| PLAINTIFF, : | CASE NO. 2:12-cv-03200-ER |
| : | |
| V. : | |
| POLICE OFFICER WILLIAM ANDREWS, et al : | |
| : | |
| DEFENDANTS : | |

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT, RONALD DOVE, TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT**

It is hereby STIPULATED and AGREED TO by and between the undersigned counsel that Defendant, Ronald Dove, shall have an extension of time to File an Answer to the Complaint, such that the Answer must be filed on or before August 31, 2020.

| | |
|---|---|
| **COLE SCHOTZ, P.C.** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| By: *Andrew L. Cole/s/* | By: _____ |
| Andrew L. Cole, *admitted Pro Hac Vice* | JOHN P. GONZALES, ESQUIRE |
| Cole Schotz P.C. | Attorney ID No. 71265 |
| 500 Delaware Ave., Suite 1410 | 2000 Market Street, Suite 2300 |
| Wilmington, DE 19801 | Philadelphia, PA 19103 |
| (410) 206-3577 | P: (215) 575-2871/F: (215) 575- 0856 |
| acole@coleschotz.com | E-mail: jpgonzales@mdwcg.com |
| *Attorney for Plaintiff,* | *Attorney for Defendant, Ronald Dove* |

**APPROVED BY THE COURT:**

_____
J.

LEGAL/132128843.v1