# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WHEELER ZAMICHIELI,** | : |
| Plaintiff, | : |
| | : Civil Action |
| v. | : No. 12-3200 |
| | : |
| **P.O. WILLIAM ANDREWS, et al.,** | : |
| Defendants. | : |

**O R D E R**

AND NOW, this  1st  day of September, 2020, it is hereby **ORDERED** and **DECREED** that Counsel for Defendants shall be permitted to depose Plaintiff Wheeler Zamichieli, an incarcerated person, at a time, date and manner convenient to the parties and the administration at the Federal Bureau of Prisons.

BY THE COURT:

/s/ Eduardo C. Robreno
EDUARDO C. ROBRENO