IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | * | |
| PLAINTIFF, | * | |
| v. | * | CASE NO. 2:12-cv-03200-ER |
| WILLIAM ANDREWS ET AL., | * | |
| DEFENDANTS. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION REGARDING DEADLINE TO OPPOSE
DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

The parties, through counsel, stipulate and agree that Plaintiff's deadline to oppose the Defendants' three motions for summary judgment [D.I. 191, 192 & 194] is extended through and including February 10, 2021, and that Plaintiff may, but is not required to, file a consolidated response with respect to any common issues raised in two or more of the three motions.

 /s/ Andrew L. Cole
Andrew L. Cole, *admitted Pro Hac Vice*
Cole Schotz P.C.
500 Delaware Ave., Suite 1410
Wilmington, DE 19801
(410) 206-3577
acole@coleschotz.com

 /s/ Joseph J. Santarone
Joseph J. Santarone, Esq.
Marshall Dennehey Warner
Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2600

 /s/ Meghan E. Claiborne
Meghan E. Claiborne
Deputy City Solicitor
Pa. Attorney ID No. 315918
City of Philadelphia Law Dep't
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5447 (phone)
215-683-5397 (fax)
meghan.claiborne@phila.gov

 /s/ John P. Gonzales
John P. Gonzales, Esquire
Marshall Dennehey Warner
Coleman & Goggin
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2871

40000/0785-20337072v1
40000/0785-21898691v1

APPROVED BY THE COURT:

/s/ *Eduardo C. Robreno*
EDUARDO C. ROBRENO,            J.

Date: December 22, 2020