```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | : | CIVIL ACTION |
| | : | NO. 12-3200 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM ANDREWS, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

**AND NOW,** this **13th** day of **July, 2021,** it is hereby **ORDERED** that a telephone hearing to consider the pending Motions for Summary Judgment (ECF Nos. 191, 192, and 194) will be held on **July 21, 2021, at 3:00 p.m.** before the Honorable Eduardo C. Robreno. Counsel for the parties shall call in as follows: **888-684-8852 / Passcode: 4218221#.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**