IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WHEELER ZAMICHIELI, | : | CIVIL ACTION |
| | : | NO. 12-3200 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM ANDREWS, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this **26th** day of **July, 2021**, upon consideration of Defendants' motions for summary judgment and the responses and replies thereto, and following a telephone hearing, it is hereby **ORDERED**, for the reasons set forth in the accompanying memorandum, that:

1. Defendant Dove's Motion for Summary Judgment (ECF No. 191) is **GRANTED**;

2. Defendant Pitts's Motion for Summary Judgment (ECF No. 192) is **GRANTED**;

3. The Andrews Defendants' Motion for Summary Judgment (ECF No. 194) is **GRANTED**;

4. Defendant Dove's Motion for Leave to File a Reply Brief (ECF No. 200) is **GRANTED**; and

5. Defendant Pitts's Motion for Leave to File a Reply Brief (ECF No. 202) is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**