# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WHEELER ZAMICHIELI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 12-3200** |
| | : | |
| **WILLIAM ANDREWS,** *et al.* | : | |
| | : | |

## ORDER

**AND NOW**, this 22nd day of April, 2025, upon consideration of the Motions for Summary Judgment filed by Defendants (Docket Nos. 191, 192, and 194) and the responses thereto, it is hereby **ORDERED** as follows:

1. The Motions for Summary Judgment are **DENIED** as to Counts I, II, III, IV, and V.

2. The Honorable Eduardo C. Robreno's Order Granting the Motions for Summary Judgment (Docket No. 209) remains in effect only as to Count VI.

BY THE COURT:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**